IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| ROBERT MCINERNEY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-35-RAW-SPS |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 6, 2014, Magistrate Judge Schreder entered his Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 24th day of March, 2014.

`Dated this 24`th` day of March, 2014.`

Ronald A. White
United States District Judge
Eastern District of Oklahoma